**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Quality Machine of Iowa, Inc.** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **42-1448942** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5800 69th Avenue N.**<br>**Brooklyn Park, MN 55429**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Hennepin**<br>County | **Location of principal assets, if different from principal place of business**<br>**1040 4th Avenue Audubon, IA 50025**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **qualitymachine.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Quality Machine of Iowa, Inc.**                                                                    Case number (*if known*)
          Name

**7.**  **Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

3327

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

| Debtor | **Quality Machine of Iowa, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____

District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor    **Quality Machine of Iowa, Inc.**                                    Case number (*if known*)
Name

☐ $50,001 - $100,000                    ■ $10,000,001 - $50  million           ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000                   ☐ $50,000,001 - $100 million           ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million                 ☐ $100,000,001 - $500 million          ☐ More than $50 billion

Debtor  **Quality Machine of Iowa, Inc.**                                    Case number (*if known*) _____
        Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  3, 2021**
               MM / DD / YYYY

X **/s/ Timothy Greene** _____          **Timothy Greene** _____
   Signature of authorized representative of debtor      Printed name

Title   **Owner and CEO** _____

**18. Signature of attorney**

X **/s/ Cameron A. Lallier** _____          Date  **December  3, 2021** _____
   Signature of attorney for debtor                           MM / DD / YYYY

**Cameron A. Lallier 393213** _____
Printed name

**Foley & Mansfield PLLP** _____
Firm name

**250 Marquette Avenue, Suite 1200**
**Minneapolis, MN 55401**
Number, Street, City, State & ZIP Code

Contact phone   **612-338-8788** _____      Email address   **jlavaque@foleymansfield.com** _____

**393213 MN** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Quality Machine of Iowa, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December  3, 2021**       X **/s/ Timothy Greene**
_____          Signature of individual signing on behalf of debtor

**Timothy Greene**
Printed name

**Owner and CEO**
Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Quality Machine of Iowa, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AJ Investments ATTN: Jill Crane 980 Wild Prairie Drive Iowa City, IA 52246** | | **Promissory Note** | | | | **$250,000.00** |
| **AJ Investments ATTN: Jill Crane 980 Wild Prairie Drive Iowa City, IA 52246** | | **Addition to promissory note** | | | | **$100,000.00** |
| **Bosch Automotive Svc 28635 MOUND RD Warren, MI 48092** | | | | | | **$88,232.37** |
| **Cline Tool and Service PO Box 866 Newton, IA 50208** | | | | | | **$31,757.52** |
| **CloudFund LLC 400 Rella Blvd. Suite 165-101 Suffern, NY 10901** | | **Receivables Financing - Junior Lien on Receivables** | | **$235,268.78** | **$0.00** | **$235,268.78** |
| **Doall Co. 14001 Chalco Valley Pkwy. Omaha, NE 68138-6191** | | | | | | **$42,326.80** |
| **Evolved Consulting LLC 429 Robertson Road New Boston, TX 75570** | | | | | | **$35,361.34** |
| **FFI Investments LLC 220 SE 6th Street Des Moines, IA 50309** | | | | | | **$100,000.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                            Best Case Bankruptcy

| Debtor | **Quality Machine of Iowa, Inc.** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| John A. Knutson & Co., PLLP 1781 Prior Avenue Falcon Heights, MN 55113 | | | | | | $34,653.05 |
| KONECRANES INC/FIVES MACHINING 740 BETA DR., SUITE F Cleveland, OH 44143 | | | | | | $42,615.87 |
| Minnesota Waterjet, Inc. 22451 INDUSTRIAL BLVD. Rogers, MN 55374 | | | | | | $41,454.00 |
| Nelsen Steel Co. 9400 W. Belmont Avenue Franklin Park, IL 60131-2898 | | | | | | $195,470.37 |
| Newtek 1981 Marcus Avenue Suite 130 Lake Success, NY 11042 | | Real Estate Production equipment | Contingent | $4,140,857.32 | $2,000,000.00 | $2,140,857.32 |
| Platinum Group 12301 Whitewater Drive Suite 10 Hopkins, MN 55343 | | | | | | $100,000.00 |
| Productivity, Inc. 15150 25th Avenue N. Minneapolis, MN 55447 | | | | | | $24,255.12 |
| The Clifford I. Anderson Trust 5300 Kelsey Terrace Minneapolis, MN 55436 | | 1.5% interest per month paid quarterly; warrants for 4% of the common equity. | | | | $250,000.00 |
| Timothy Greene 21463 Finch Rd Osakis, MN 56360 | | Disbursment from 401(K) to QMI | | | | $220,000.00 |
| Timothy Greene 21463 Finch Rd Osakis, MN 56360 | | Disbursment from 401(K) to QMI | | | | $40,000.00 |
| Timothy Greene 21463 Finch Rd Osakis, MN 56360 | | | | | | $69,357.90 |

Official form 204                    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                    page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor  **Quality Machine of Iowa, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TVT Capital LLC 881 Baxter Drive South Jordan, UT 84095** | | **Receivables financing - Junior Lien on Receivables** | | **$505,302.70** | **$0.00** | **$505,302.70** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Quality Machine of Iowa, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF MINNESOTA

Case number (if known)     _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:**   **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................   $     **2,470,000.00**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.............................................................................   $     **5,898,270.57**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*..............................................................................   $     **8,368,270.57**

---

**Part 2:**   **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     **8,216,892.30**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................   $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$     **2,126,270.32**

4.   Total liabilities .................................................................................................................
    Lines 2 + 3a + 3b                       $     **10,343,162.62**

**Fill in this information to identify the case:**

Debtor name  **Quality Machine of Iowa, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Landsmands** | **Checking** | **4362** | **$500.00** |
| 3.2. | **Lincoln Savings Bank** | **PPP** | **5680** | **$50.00** |
| 3.3. | **Great Western Bank** | **Checking** | **1616** | **$20,623.94** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $21,173.94 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Quality Machine of Iowa, Inc.**                                  Case number *(If known)* _____
          Name

■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | |
|---|---|---|---|---|---|
| | 11a. 90 days old or less: | 1,051,188.33 | - | 0.00 | = .... $1,051,188.33 |
| | | face amount | | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | $1,051,188.33 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Raw Materials | 9/30/2020 | $0.00 | N/A | $20,863.60 |
| 20. | **Work in progress** Work in progress | 9/30/2020 | $0.00 | N/A | $88,350.20 |
| 21. | **Finished goods, including goods held for resale** Finished Goods | 9/30/2020 | $0.00 | N/A | $814,657.50 |

| 22. | **Other inventory or supplies** | |
|---|---|---|

| 23. | **Total of Part 5.** | $923,871.30 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Quality Machine of Iowa, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 7:</td><td colspan="2">Office furniture, fixtures, and equipment; and collectibles</td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> **Office furniture, fixtures, and software and equipment (IA)** | $400,630.00 | | $400,630.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Office equipment - including computer equipment, communication systems equipment, and software (MN)** | $0.00 | | $199,468.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.                                        $600,098.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

<table>
<tr><td>Part 8:</td><td colspan="2">Machinery, equipment, and vehicles</td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2021 Suburban Delivery Truck** | Unknown | Replacement | $37,640.00 |
| 47.2. **Ford 550 Delivery Truck** | Unknown | | $50,900.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Quality Machine of Iowa, Inc.** _____    Case number *(If known)* _____
Name

| | | | | |
|---|---|---|---|---|
| 47.3. | **Wells Cargo Delivery Trailer** | **Unknown** | | **$15,000.00** |
| 47.4. | **Wells Cargo delivery trailer** | **Unknown** | | **$15,000.00** |
| 47.5. | **2002 Chebrolet Astro Van** | **$0.00** | | **$1,000.00** |
| 47.6. | **2000 Sterling (Not Operational)** | **$0.00** | | **$0.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**                                                                                              **$119,540.00**

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **5800 69th Ave N, Brooklyn Park, MN 55429** | **Fee simple** | **Unknown** | **Appraisal** | **$2,000,000.00** |
| 55.2. **Factory located at:** **1040 4th Avenue Audubon, IA  50025** **(three separate lots)** | **Fee simple** | **$470,000.00** | **Tax records** | **$470,000.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Quality Machine of Iowa, Inc.**                              Case number *(If known)* _____
          Name

56.    **Total of Part 9.**                                                        | $2,470,000.00 |

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
|----------|---------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** qualitymachine.com - website. | **Unknown** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** Customer lists | **$0.00** | | **$0.00** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66.    **Total of Part 10.**                                                       | $0.00 |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|----------|------------------|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ■ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| | | |
|---|---|---|
| Debtor | **Quality Machine of Iowa, Inc.** | Case number *(If known)* _____ |
| | Name | |

|  |  | Current value of debtor's interest |
|---|---|---|

**71.** **Notes receivable**
Description (include name of obligor)
**Wair Products: 5 year note (customer worked with for many years; this is the balance of what they owed QMI- not current for the last eight months - last payment rec'd in March 2021 - $3,750.00/month). Debtor has a personal guaranty from previous owner.**

160,000.00 - 0.00 =
Total face amount      doubtful or uncollectible amount

**$160,000.00**

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**Net operating losses**                    Tax year **2020**        **$3,022,399.00**

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

**$3,182,399.00**

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Quality Machine of Iowa, Inc.**
Name

Case number *(If known)* _____

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $21,173.94 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,051,188.33 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $923,871.30 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $600,098.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $119,540.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $2,470,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $3,182,399.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,898,270.57 + 91b. | $2,470,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,368,270.57 |

**Fill in this information to identify the case:**

Debtor name    **Quality Machine of Iowa, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **21st Century Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Equipment loan at MN2** | **$137,193.68** | **Unknown** |

**2335 Hwy 36 W**
**Suite 202**
**Roseville, MN 55113**
Creditor's mailing address

Describe the lien

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**December 29, 2016**

**Last 4 digits of account number**
**8001**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2** **Citizens One**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2021 Suburban Delivery Truck** | **$53,118.99** | **$37,640.00** |
|---|---|---|---|

**PO Box 42033**
**Providence, RI 02940-2033**
Creditor's mailing address

Describe the lien
**Purchase Money Security**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**June 28, 2021**

**Last 4 digits of account number**
**4880**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Quality Machine of Iowa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **CloudFund LLC** | Describe debtor's property that is subject to a lien | $235,268.78 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**400 Rella Blvd.
Suite 165-101
Suffern, NY 10901**

Creditor's mailing address

**Receivables Financing - Junior Lien on
Receivables**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**July 15, 2021**

**Last 4 digits of account number**
**5495**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Corporation Svc Co. as Rep.** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**PO Box 2576
Springfield, IL 62708**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**uccsprep@cscinfo.com**

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **CT Corporation System, as Rep.** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**330 N. Brand Blvd. ATTN:
SPRS
Suite 700
Glendale, CA 91203**

Creditor's mailing address

**Describe the lien**

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 2 of 8

Debtor  **Quality Machine of Iowa, Inc.**

Name

Case number (if known) _____

---

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **EIDL Loan** | **Describe debtor's property that is subject to a lien** | $509,800.00 | Unknown |

Creditor's Name

**Blanket Lien**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**April 22, 2020**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Great Western Bank** | **Describe debtor's property that is subject to a lien** | $1,737,948.95 | $1,737,948.95 |

Creditor's Name

**120 So. 68th Street**
**West Des Moines, IA 50266**

**Business Manager - A/R Factoring facility Inventory promissory note**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 8

| Debtor | **Quality Machine of Iowa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.8 | **Great Western Bank** | Describe debtor's property that is subject to a lien | **$0.00** | **$1,051,188.33** |
|---|---|---|---|---|

Creditor's Name

**120 So. 68th Street
West Des Moines, IA 50266**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**

**90 days or less: A/R as of November 26, 2021. Total.**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Great Western Bank** | Describe debtor's property that is subject to a lien | **$0.00** | **$20,863.60** |
|---|---|---|---|---|

Creditor's Name

**120 So. 68th Street
West Des Moines, IA 50266**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**

**Raw Materials**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Great Western Bank** | Describe debtor's property that is subject to a lien | **$0.00** | **$88,350.20** |
|---|---|---|---|---|

Creditor's Name

**120 So. 68th Street
West Des Moines, IA 50266**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**

**Work in progress**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Quality Machine of Iowa, Inc.**                                      Case number (if known) _____
         _____
         Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **Great Western Bank** | Describe debtor's property that is subject to a lien | $0.00 | $814,657.50 |
|---|---|---|---|---|

Creditor's Name

**120 So. 68th Street
West Des Moines, IA 50266**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Finished Goods**

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | **Manufacturers Capital** | Describe debtor's property that is subject to a lien | $268,684.67 | Unknown |
|---|---|---|---|---|

Creditor's Name

**206 Saludo Street
New Smyrna Beach, FL
32169**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**PUMA Machine**

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**July 20, 2020**
**Last 4 digits of account number**
**1615**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | **Manufacturers Capital** | Describe debtor's property that is subject to a lien | $535,383.91 | Unknown |
|---|---|---|---|---|

Creditor's Name

**206 Saludo Street
New Smyrna Beach, FL
32169**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**STAR Machine**

Describe the lien

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor **Quality Machine of Iowa, Inc.**                                    Case number (if known) _____
Name

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known        **Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**                ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**December 22, 2020**
**Last 4 digits of account number**
**1615**
**Do multiple creditors have an**         **As of the petition filing date, the claim is:**
**interest in the same property?**        Check all that apply

☑ No                                      ☐ Contingent

☐ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative
priority.                                 ☐ Disputed

---

| 2.1 4 | **Newtek** | Describe debtor's property that is subject to a lien | $4,140,857.32 | $2,000,000.00 |

Creditor's Name
**Real Estate Production equipment**

**1981 Marcus Avenue**
**Suite 130**
**Lake Success, NY 11042**
Creditor's mailing address                **Describe the lien**
**First Mortgage**
**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known        **Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**                ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3721**
**Do multiple creditors have an**         **As of the petition filing date, the claim is:**
**interest in the same property?**        Check all that apply

☑ No                                      ☑ Contingent

☐ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative
priority.                                 ☐ Disputed

---

| 2.1 5 | **Pinnacle - PHX LLC** | Describe debtor's property that is subject to a lien | $93,333.30 | Unknown |

Creditor's Name
**NAMMO purchase order**

**c/o Eric Sheldahl**
**1191 W. Marina Drive**
**Chandler, AZ 85248**
Creditor's mailing address                **Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known        **Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**                ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**May 14, 2021**
**Last 4 digits of account number**

**Do multiple creditors have an**         **As of the petition filing date, the claim is:**
**interest in the same property?**        Check all that apply

---

| Debtor | **Quality Machine of Iowa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **TVT Capital LLC** | Describe debtor's property that is subject to a lien | $505,302.70 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Receivables financing - Junior Lien on Receivables** | | |

**881 Baxter Drive
South Jordan, UT 84095**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
July 1, 2020**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 7 | **US Small Business Administrati** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | | | |

**10737 Gateway W., #300
El Paso, TX 79935**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 8 | **US Small Business Administrati** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | | | |

**1545 Hawkins Blvd., Suite 202
El Paso, TX 79925**
Creditor's mailing address

**Describe the lien**

---

Debtor   **Quality Machine of Iowa, Inc.**
_____
Name

Case number (if known) _____

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $8,216,892.30

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Quality Machine of Iowa, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**21st Century Bank**<br>**17 Washington Ave N**<br>**Minneapolis, MN 55401**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,541.91** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Abrasive Innovations**<br>**1805 Red Fox Way**<br>**Marion, IA 52302**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$551.75** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Ace Cutter Grinding**<br>**114 Thomas Circle**<br>**Suite 108**<br>**Monticello, MN 55362**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,369.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Ace Hardware**<br>**215 Broadway**<br>**Audubon, IA 50025**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$440.73** |

| Debtor | **Quality Machine of Iowa, Inc.** | Case number (if known) | |
|--------|-----------------------------------|------------------------|--|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,565.48** |
|-----|------|------|------|

**Advanced Metal Etching Inc.**
**801 Gerber Street**
**Ligonier, IN 46767**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,142.40** |
|-----|------|------|------|

**AEtna**
**PNC Bank, Attn: Aetna Box**
**350 E. Devon Avenue**
**Itasca, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$283.16** |
|-----|------|------|------|

**Agriland FS, Inc.**
**Highway 71 South**
**Box 252**
**Audubon, IA 50025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$630.00** |
|-----|------|------|------|

**Aid Electric Corp.**
**1622 93rd Lane NE**
**Blaine, MN 55449**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00** |
|-----|------|------|------|

**AJ Investments**
**ATTN: Jill Crane**
**980 Wild Prairie Drive**
**Iowa City, IA 52246**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  February 21, 2019**

**Basis for the claim:  Promissory Note**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|------|------|------|------|

**AJ Investments**
**ATTN: Jill Crane**
**980 Wild Prairie Drive**
**Iowa City, IA 52246**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  March 6, 2020**

**Basis for the claim:  Addition to promissory note**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,203.00** |
|------|------|------|------|

**All Pallets Inc.**
**1504 Vinton Street**
**Omaha, NE 68108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Quality Machine of Iowa, Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,831.25 |
|---|---|---|---|
| | **All State Grinding, LLC**<br>**1512 92nd Lane NE**<br>**Minneapolis, MN 55449-4333** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,979.47 |
|---|---|---|---|
| | **All World Machinery Supply**<br>**6164 ALL WORLD WAY**<br>**Roscoe, IL 61073-7738** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|
| | **American Welding Society**<br>**8669 SW 36 St. 130**<br>**Miami, FL 33166-6672** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $655.79 |
|---|---|---|---|
| | **Aramark**<br>**10705 S. 147th St.**<br>**Omaha, NE 68138** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.20 |
|---|---|---|---|
| | **Atlantic Pest Control LLC**<br>**315 Walnut**<br>**Atlantic, IA 50022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,459.98 |
|---|---|---|---|
| | **Aviation Technical Testing**<br>**500 E. Travelers Trail**<br>**Burnsville, MN 55337** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,820.85 |
|---|---|---|---|
| | **Avtec Finishing Systems, Inc.**<br>**9101 Science Center Drive**<br>**Minneapolis, MN 55428** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Quality Machine of Iowa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bank of the West**
**475 Sansome 19th Floor**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,525.86**

**Best Western Plus - Mpls NW**
**2050 Freeway Blvd**
**Minneapolis, MN 55430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$153.23**

**Bohlmann & Sons Sanitation**
**101 Market St**
**Audubon, IA 50025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$88,232.37**

**Bosch Automotive Svc**
**28635 MOUND RD**
**Warren, MI 48092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,599.52**

**Boyer Trucks**
**2500 Broadway Drive**
**Lauderdale, MN 55113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,626.20**

**Brian's Doors**
**26004 Kittyhawk Ave**
**Carroll, IA 51401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,303.91**

**Capital One**
**PO Box 6492**
**Carol Stream, IL 60197-6492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1287**

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Quality Machine of Iowa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,667.92**

**Capital One**
PO Box 6492
Carol Stream, IL 60197-6492

Date(s) debt was incurred __
Last 4 digits of account number  **6282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,699.23**

**Capital One**
Attn: General Correspondence
PO Box 30285
Salt Lake City, UT 84130-0285

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$530.00**

**Capital One / Menards**
PO Box 4069
Carol Stream, IL 60197-4069

Date(s) debt was incurred __
Last 4 digits of account number  **0186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$608.58**

**Cass Precision Machining**
4800 North Lilac Drive
Minneapolis, MN 55429

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,321.08**

**Castle Metals**
3100 82nd Lane NE
Minneapolis, MN 55449-7206

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,693.62**

**Castle Metals**
3100 82nd Lane NE
Minneapolis, MN 55449-7206

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$269.88**

**Centerpoint Energy**
201 7th Street S.
Minneapolis, MN 55402

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Quality Machine of Iowa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address

**Charleston Inc.**
PO Box 1030
Fremont, NE 68026-1030

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,847.17**

---

**3.34** | Nonpriority creditor's name and mailing address

**Chase Freedom**
PO Box 15298
Wilmington, DE 19850-5298

Date(s) debt was incurred _
Last 4 digits of account number **1698**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

**$9,296.51**

---

**3.35** | Nonpriority creditor's name and mailing address

**Cintas**
2108 WASHINGTON AVE N
Minneapolis, MN 55411

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$150.80**

---

**3.36** | Nonpriority creditor's name and mailing address

**CitiCards**
PO Box 790046
Saint Louis, MO 63179-0046

Date(s) debt was incurred _
Last 4 digits of account number **9527**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

**$5,691.01**

---

**3.37** | Nonpriority creditor's name and mailing address

**City Service & Parts**
511 Market St
Audubon, IA 50025

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$168.96**

---

**3.38** | Nonpriority creditor's name and mailing address

**Cline Tool and Service**
PO Box 866
Newton, IA 50208

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$31,757.52**

---

**3.39** | Nonpriority creditor's name and mailing address

**Cline Tool and Service**
PO Box 866
Newton, IA 50208

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,517.48**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com　Best Case Bankruptcy

| Debtor | **Quality Machine of Iowa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**CloudFund LLC**
**400 Rella Blvd.**
**Suite 165-101**
**Suffern, NY 10901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,652.88** |
|---|---|---|---|

**Co-operative Plating Co.**
**271 N. Snelling Ave.**
**Saint Paul, MN 55104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$583.27** |
|---|---|---|---|

**Co-operative Plating Co..**
**271 N. Snelling Ave.**
**Saint Paul, MN 55104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.33** |
|---|---|---|---|

**Computer Concepts of Iowa**
**528 N. Court Street**
**PO Box 761**
**Carroll, IA 51401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$148.40** |
|---|---|---|---|

**Concept Machine Tool Sales, In**
**15625 Medina Road**
**Minneapolis, MN 55447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$227.35** |
|---|---|---|---|

**Culligan Industrial Water**
**6030 Culligan Way**
**Minnetonka, MN 55345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$340.43** |
|---|---|---|---|

**Dayton Machine, Inc.**
**6504 International Pkwy.**
**Suite 2100**
**Plano, TX 75093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Quality Machine of Iowa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.47** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**De Lage**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Office Equipment Lease**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$265.41**

**Deco Tool LLC**
**3140 104th Ln NE**
**Blaine, MN 55449**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00**

**Deedra Green**
**21463 Finch Rd**
**Osakis, MN 56360**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,613.82**

**Discover IT**
**PO Box 30421**
**Salt Lake City, UT 84130-0421**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  5687**

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,885.40**

**DMACC**
**2006 S. Ankeny Blvd.**
**Bldg 1.**
**Ankeny, IA 50023-8995**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,326.80**

**Doall Co.**
**14001 Chalco Valley Pkwy.**
**Omaha, NE 68138-6191**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,911.04**

**Doall Co.**
**14001 Chalco Valley Pkwy.**
**Omaha, NE 68138-6191**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  _

Is the claim subject to offset? ■ No   ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Quality Machine of Iowa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$806.85** |
|---|---|---|---|

**Doall Co.**
**14001 Chalco Valley Pkwy.**
**Omaha, NE 68138-6191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,458.60** |
|---|---|---|---|

**Dohrn Transfer Co. LLC**
**625 3rd Avenue**
**Rock Island, IL 61201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,244.20** |
|---|---|---|---|

**Drill Masters - Eldorado Tool**
**336 Boston Post Road**
**Milford, CT 06460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**E/M Coating Services**
**2172 Old Hwy 8 NW**
**New Brighton, MN 55112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,200.00** |
|---|---|---|---|

**Echo Global Logistics**
**22168 Network Pl.**
**Chicago, IL 60673-1221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$413.12** |
|---|---|---|---|

**Echo Global Logistics**
**22168 Network Pl.**
**Chicago, IL 60673-1221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,928.42** |
|---|---|---|---|

**Eco Finishing Co.**
**5100 Industrial Blvd.**
**Minneapolis, MN 55421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Quality Machine of Iowa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,647.53**

**Eco Finishing Co.**
**5100 Industrial Blvd.**
**Minneapolis, MN 55421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,342.12**

**Enshu USA Corp.**
**404 E. State Parkway**
**Schaumburg, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,361.34**

**Evolved Consulting LLC**
**429 Robertson Road**
**New Boston, TX 75570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38.64**

**FedEx Express Services**
**PO Box 94515**
**Palatine, IL 60094-4515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00**

**FFI Investments LLC**
**220 SE 6th Street**
**Des Moines, IA 50309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **February 28, 2020**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Five-Lakes Financial Inc**
**840 N. 3rd St. #500**
**Milwaukee, WI 53202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,371.65**

**Flame Metals Processing Corp.**
**12450 Ironwood Circle**
**Rogers, MN 55374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Quality Machine of Iowa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,560.95** |
|---|---|---|---|
| | **Flame Metals Processing Corp.** | ☐ Contingent | |
| | **12450 Ironwood Circle** | ☐ Unliquidated | |
| | **Rogers, MN 55374** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,554.00** |
|---|---|---|---|
| | **Fox Engineering LLC** | ☐ Contingent | |
| | **1412 317TH AVE NE** | ☐ Unliquidated | |
| | **Cambridge, MN 55008** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$340.76** |
|---|---|---|---|
| | **Fox Valley Metrology** | ☐ Contingent | |
| | **30447 Stacy Ponds Dr.** | ☐ Unliquidated | |
| | **Stacy, MN 55079** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$217.56** |
|---|---|---|---|
| | **Fox Valley Metrology** | ☐ Contingent | |
| | **30447 Stacy Ponds Dr.** | ☐ Unliquidated | |
| | **Stacy, MN 55079** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$656.32** |
|---|---|---|---|
| | **General Fire & Safety Omaha** | ☐ Contingent | |
| | **5641 SOUTH 85th CIRCLE** | ☐ Unliquidated | |
| | **Omaha, NE 68127** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,280.48** |
|---|---|---|---|
| | **Grainger** | ☐ Contingent | |
| | **Inside Sales** | ☐ Unliquidated | |
| | **2450 Annapolis Lane N.** | ☐ Disputed | |
| | **Plymouth, MN 55441-3600** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.39** |
|---|---|---|---|
| | **Grainger** | ☐ Contingent | |
| | **Inside Sales** | ☐ Unliquidated | |
| | **2450 Annapolis Lane N.** | ☐ Disputed | |
| | **Plymouth, MN 55441-3600** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Quality Machine of Iowa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,121.75** |
|---|---|---|---|

**Hales Machine Tool Inc.**
**2730 Niagara Lane N.**
**Minneapolis, MN 55447**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,002.80** |
|---|---|---|---|

**Hard Chrome, Inc.**
**2631 SECOND STREET N.E.**
**Minneapolis, MN 55418**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,285.47** |
|---|---|---|---|

**Heritage Crystal Clean LLC**
**2175 Point Blvd.**
**Suite 375**
**Elgin, IL 60123-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,669.02** |
|---|---|---|---|

**Hill Industrial Tools**
**AR Dept.**
**2110 Ranchview Ln N**
**Plymouth, MN 55447-1460**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,541.85** |
|---|---|---|---|

**Hill Industrial Tools**
**AR Dept.**
**2110 Ranchview Ln N**
**Plymouth, MN 55447-1460**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$389.27** |
|---|---|---|---|

**Home Depot**
**6701 Boone Ave N.**
**Minneapolis, MN 55428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**IA Assn of Business & Industry**
**400 E. Court Avenue**
**Suite 100**
**Des Moines, IA 50309-2017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Quality Machine of Iowa, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,248.54** |
|---|---|---|---|

**Ice Technologies**
**411 SE 9th St.**
**Pella, IA 50219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$906.94** |
|---|---|---|---|

**Industrial Systems & Supply**
**2962 33rd Ave**
**Columbus, NE 68601-2332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,028.74** |
|---|---|---|---|

**J&E Precision Machining**
**600 Seventh St S.**
**Delano, MN 55328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$278.40** |
|---|---|---|---|

**Jem Technical Marketing Co.**
**2250 Daniels St**
**Long Lake, MN 55356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,970.99** |
|---|---|---|---|

**John  Hancock Retirement Plan**
**200 Berkeley Street**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$34,653.05** |
|---|---|---|---|

**John A. Knutson & Co., PLLP**
**1781 Prior Avenue**
**Falcon Heights, MN 55113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$42,615.87** |
|---|---|---|---|

**KONECRANES INC/FIVES MACHINING**
**740 BETA DR., SUITE F**
**Cleveland, OH 44143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Quality Machine of Iowa, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $308.37 |
|---|---|---|---|

**LNS America, Inc.**
**4621 East Tech Drive**
**Cincinnati, OH 45245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,805.31 |
|---|---|---|---|

**Lube-Tech**
**900 Mendelssohn Ave N.**
**Minneapolis, MN 55427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,951.59 |
|---|---|---|---|

**Lube-Tech**
**900 Mendelssohn Ave N.**
**Minneapolis, MN 55427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,730.88 |
|---|---|---|---|

**Lube-Tech**
**900 Mendelssohn Ave N.**
**Minneapolis, MN 55427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,292.00 |
|---|---|---|---|

**Manufacturers Capital**
**206 Saludo Street**
**New Smyrna Beach, FL 32169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $846.70 |
|---|---|---|---|

**Mars Supply**
**215 East 78th St**
**Minneapolis, MN 55420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $752.10 |
|---|---|---|---|

**Mars Supply**
**215 East 78th St**
**Minneapolis, MN 55420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Quality Machine of Iowa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.96**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,874.02 |
|---|---|---|
| **MD Tooling**<br>**10139 Bergin Road**<br>**Howell, MI 48843** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.97**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $512.61 |
|---|---|---|
| **Mediacom**<br>**2205 Ingersoll**<br>**Des Moines, IA 50312-5289** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.98**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $481.03 |
|---|---|---|
| **Menards Retail Services**<br>**7800 Lakeland Ave N.**<br>**Minneapolis, MN 55445** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.99**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,321.45 |
|---|---|---|
| **Merk Plumbing LLC**<br>**1739 Crane Avenue**<br>**Audubon, IA 50025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.100**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,778.37 |
|---|---|---|
| **Midway Steel Supply Co.**<br>**14255 James Rd.**<br>**Rogers, MN 55374** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.101**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,568.00 |
|---|---|---|
| **Midwest Precision Mfg.**<br>**PO Box 14**<br>**Fredonia, WI 53021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.102**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,790.00 |
|---|---|---|
| **Mike Harff**<br>**6504 International Pkwy.**<br>**Suite 2100**<br>**Plano, TX 75093** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Quality Machine of Iowa, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,454.00** |
|---|---|---|---|

**Minnesota Waterjet, Inc.**
**22451 INDUSTRIAL BLVD.**
**Rogers, MN 55374**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,848.64** |
|---|---|---|---|

**Mitutoyo America Corp.**
**958 Corporate Blvd.**
**Aurora, IL 60504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,396.96** |
|---|---|---|---|

**MMIT Business Solutions Groups**
**4201 NW Urbandale Dr**
**Urbandale, IA 50322-7916**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$205.32** |
|---|---|---|---|

**Motion Industries, Inc.**
**1325 SE Ordnance Road**
**Suite A**
**Ankeny, IA 50023**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,523.42** |
|---|---|---|---|

**MSC Industrial Supply Co.**
**PO BOX 953635**
**Saint Louis, MO 63195-3635**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,474.26** |
|---|---|---|---|

**MSC Industrial Supply Co.**
**PO BOX 953635**
**Saint Louis, MO 63195-3635**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$267.45** |
|---|---|---|---|

**MTS Inc.**
**2800 Olive St**
**Atlantic, IA 50022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Quality Machine of Iowa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.110** | **Nonpriority creditor's name and mailing address**
**NAPA Auto Parts**
**1871 HWY 71 N., PO BOX 226**
**Audubon, IA 50025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

**3.111** | **Nonpriority creditor's name and mailing address**
**NDI Consultants, Inc.**
**14608 Felton Ct**
**Suite 101**
**Apple Valley, MN 55124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,300.00**

---

**3.112** | **Nonpriority creditor's name and mailing address**
**Nelsen Steel Co.**
**9400 W. Belmont Avenue**
**Franklin Park, IL 60131-2898**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$195,470.37**

---

**3.113** | **Nonpriority creditor's name and mailing address**
**Nico**
**2929 1st Ave S.**
**Minneapolis, MN 55408**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,609.00**

---

**3.114** | **Nonpriority creditor's name and mailing address**
**North Central Stamping & Mfg.**
**1581 93rd Ln NE**
**Minneapolis, MN 55449**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$868.62**

---

**3.115** | **Nonpriority creditor's name and mailing address**
**North Central Stamping & Mfg.**
**1581 93rd Ln NE**
**Minneapolis, MN 55449**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$6,025.33**

---

**3.116** | **Nonpriority creditor's name and mailing address**
**Northern Tool & Equipment**
**2800 Southcross Dr. W.**
**Burnsville, MN 55306**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,723.68**

---

| Debtor | **Quality Machine of Iowa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$796.00** |
|---|---|---|---|

**Pacific Tool & Gauge**
**625 Antelope Road**
**White City, OR 97503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,278.40** |
|---|---|---|---|

**Parker Hannifin Corp.**
**77 Dragon Court**
**Chomerics Division**
**Woburn, MA 01888**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,250.00** |
|---|---|---|---|

**Peterson, Engberg & Peterson**
**25 Ninth Ave N.**
**Hopkins, MN 55343-7666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Platinum Group**
**12301 Whitewater Drive**
**Suite 10**
**Hopkins, MN 55343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,855.95** |
|---|---|---|---|

**Prestige Products**
**1403 W. Broadway**
**Minneapolis, MN 55411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,255.12** |
|---|---|---|---|

**Productivity, Inc.**
**15150 25th Avenue N.**
**Minneapolis, MN 55447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,167.68** |
|---|---|---|---|

**Productivity, Inc.**
**15150 25th Avenue N.**
**Minneapolis, MN 55447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Quality Machine of Iowa, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.124**

**Nonpriority creditor's name and mailing address**

**Quill Corporation**
**PO Box 94081**
**Palatine, IL 60094-4081**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$688.31**

---

**3.125**

**Nonpriority creditor's name and mailing address**

**Quill Corporation**
**PO Box 94081**
**Palatine, IL 60094-4081**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$84.57**

---

**3.126**

**Nonpriority creditor's name and mailing address**

**R&R Machinery Movers**
**9000 Science Center Drive, #2**
**Minneapolis, MN 55428**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **CNC Turning Center Puma 8HC**

Is the claim subject to offset? ■ No ☐ Yes

**$18,322.88**

---

**3.127**

**Nonpriority creditor's name and mailing address**

**Radwell International**
**111 Mount Holly Bypass**
**Lumberton, NJ 08048**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$9,547.88**

---

**3.128**

**Nonpriority creditor's name and mailing address**

**Robinson Ruhnke, PC**
**903 E. US Highway 30**
**PO Box 908**
**Carroll, IA 51401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,792.04**

---

**3.129**

**Nonpriority creditor's name and mailing address**

**Shred-It USA**
**8400 89th Avenue N**
**Suite 430**
**Minneapolis, MN 55445**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$78.17**

---

**3.130**

**Nonpriority creditor's name and mailing address**

**Soulo Communications**
**1155 114th Lane NW**
**Minneapolis, MN 55448**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$441.45**

---

| Debtor | **Quality Machine of Iowa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$331.47** |
|---|---|---|---|

**Southside Welding**
**PO Box 147**
**1020 3rd Avenue**
**Audubon, IA 50025-0147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,721.33** |
|---|---|---|---|

**Star CNC Machine Tool Corp.**
**123 Powerhouse Road**
**Roslyn Heights, NY 11577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78.97** |
|---|---|---|---|

**Sunnen Products Co.**
**7910 Manchester Avenue**
**Saint Louis, MO 63143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,178.69** |
|---|---|---|---|

**Tech Financial Services**
**1625 W. Fountainhead Pkwy.**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,395.50** |
|---|---|---|---|

**Technical Plating, Inc.**
**8760 Xylon Ave N.**
**Brooklyn Park, MN 55445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$913.61** |
|---|---|---|---|

**TGK Automotive of Crystal Inc.**
**5337 Edgewood Ave N.**
**Minneapolis, MN 55428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$898.50** |
|---|---|---|---|

**The Calibration Solution**
**9865 N. Alpine Road**
**Machesney Park, IL 61115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Quality Machine of Iowa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250,000.00** |
|---|---|---|---|

**The Clifford I. Anderson Trust**
**5300 Kelsey Terrace**
**Minneapolis, MN 55436**

Date(s) debt was incurred  **April 16, 2020**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **1.5% interest per month paid quarterly; warrants for 4% of the common equity.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,201.74** |
|---|---|---|---|

**Thread Check, Inc.**
**900 Marconi Avenue**
**Ronkonkoma, NY 11779**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$220,000.00** |
|---|---|---|---|

**Timothy Greene**
**21463 Finch Rd**
**Osakis, MN 56360**

Date(s) debt was incurred  **June 1, 2019**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Disbursment from 401(K) to QMI**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00** |
|---|---|---|---|

**Timothy Greene**
**21463 Finch Rd**
**Osakis, MN 56360**

Date(s) debt was incurred  **March 20, 2020**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Disbursment from 401(K) to QMI**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$69,357.90** |
|---|---|---|---|

**Timothy Greene**
**21463 Finch Rd**
**Osakis, MN 56360**

Date(s) debt was incurred  **April 4, 2019**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,027.58** |
|---|---|---|---|

**Timothy Greene**
**21463 Finch Rd**
**Osakis, MN 56360**

Date(s) debt was incurred  **December 1, 2017**

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,574.66** |
|---|---|---|---|

**Toll Gas & Welding Supply**
**7609 N. 73rd Avenue**
**Brooklyn Park, MN 55429**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Quality Machine of Iowa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,129.99 |
|---|---|---|---|

**Tri-V Tooling & Mfg. Co.**
**13434 Centech Rd.**
**Omaha, NE 68138-3493**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $429.50 |
|---|---|---|---|

**Tri-V Tooling & Mfg. Co.**
**13434 Centech Rd.**
**Omaha, NE 68138-3493**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,999.60 |
|---|---|---|---|

**Trusty Cook, Inc.**
**10530 E. 59th St.**
**Indianapolis, IN 46236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $575.00 |
|---|---|---|---|

**Trusty Cook, Inc.**
**10530 E. 59th St.**
**Indianapolis, IN 46236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,182.38 |
|---|---|---|---|

**Twin City Staffing LLC**
**107 Cedar St**
**Suite 3**
**Monticello, MN 55362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,620.87 |
|---|---|---|---|

**ULine**
**985 Aldin Dr.**
**Eagan, MN 55121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,100.44 |
|---|---|---|---|

**ULine**
**985 Aldin Dr.**
**Eagan, MN 55121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Quality Machine of Iowa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,561.00** |
|---|---|---|---|

**Unipoint Software**
**342 Jelley Avenue**
**Newmarket, ON**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$406.00** |
|---|---|---|---|

**Uniprint, Inc.**
**22837 Ventura Blvd.**
**Suite 203**
**Woodland Hills, CA 91364**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$280.52** |
|---|---|---|---|

**United Parcel Service**
**PO Box 505820**
**The Lakes, NV 88905-5820**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$103.75** |
|---|---|---|---|

**United Parcel Service**
**PO Box 505820**
**The Lakes, NV 88905-5820**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,336.00** |
|---|---|---|---|

**United Standards Lab, Inc.**
**4250 Nicollet Avenue S.**
**Minneapolis, MN 55409**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$184.57** |
|---|---|---|---|

**Verizon Wireless**
**PO Box 25505**
**Lehigh Valley, PA 18002-5505**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$947.25** |
|---|---|---|---|

**Vision Coatings**
**1679 Radisson Road NE**
**Blaine, MN 55449**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Quality Machine of Iowa, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Jill Smith**<br>**965 Ryan Court**<br>**Iowa City, IA 52246** | Line _**3.9**_<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                    0.00 |
| **5b. Total claims from Part 2** | 5b. + | $         2,126,270.32 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $         2,126,270.32 |

**Fill in this information to identify the case:**

Debtor name    **Quality Machine of Iowa, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
      (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Office equipment** | |
| | State the term remaining | | **De Lage**<br>**1111 Old Eagle School Rd Ste 1**<br>**Wayne, PA 19087-1453** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Opened April 21, 2021**<br>**Computer equipment** | |
| | State the term remaining | | **Ice Technologies**<br>**PO Box 660831**<br>**Dallas, TX 75266-0831** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Opened August 12, 2019**<br>**Purchase Money Security**<br>**Computer equipment** | |
| | State the term remaining | **Three years** | **Ingram Micro Lease - IT!**<br>**PO Box 660831**<br>**Dallas, TX 75266-0831** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Opened September 8, 2020**<br>**Lease Agreement**<br>**Forklift - in MN - five year lease** | |
| | State the term remaining | **Four years** | **KLC**<br>**3514 County Road 101**<br>**Minnetonka, MN 55345** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1   **Quality Machine of Iowa, Inc.**                                    Case number (*if known*) _____
   First Name     Middle Name     Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Opened Decenber 8, 2020** **Lease Agreement** **Dryer - 3 year lease** <br> State the term remaining — **Two years** <br> List the contract number of any government contract | **Leaf Capital Funding LLC** **PO Box 5066** **Hartford, CT 06102-5066** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Opened July 20, 2020** **PUMA Machine** <br> State the term remaining — **4 years** <br> List the contract number of any government contract | **Manufacturers Capital** **206 Saludo Street** **New Smyrna Beach, FL 32169** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Opened December 22, 2020** **STAR Machine** <br> State the term remaining — **Four years** <br> List the contract number of any government contract | **Manufacturers Capital** **206 Saludo Street** **New Smyrna Beach, FL 32169** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Opened** <br> State the term remaining <br> List the contract number of any government contract | **Star CNC Machine Tool Corp.** **123 Powerhouse Road** **Roslyn Heights, NY 11577** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Opened October 29, 2018** **Lease Agreement** **Star SR 32JN Machine.** **Seven year lease.** <br> State the term remaining <br> List the contract number of any government contract | **Tech Financial Services** **1625 W. Fountainhead Pkwy.** **Tempe, AZ 85282** |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Purchase agreement for QMI facility in Brooklyn Park, MN** <br> State the term remaining | **Woda Cooper Development, Inc.** **500 South Front Street, 10th F** **Columbus, OH 43215** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Quality Machine of Iowa, Inc.**

First Name              Middle Name              Last Name

Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any
government contract          _____

**Fill in this information to identify the case:**

Debtor name        **Quality Machine of Iowa, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Timothy Greene** | **21463 Finch Road**<br>**Osakis, MN 56360** | **21st Century Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2  **Timothy Greene** | **21463 Finch Road**<br>**Osakis, MN 56360** | **CloudFund LLC** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.3  **Timothy Greene** | **21463 Finch Road**<br>**Osakis, MN 56360** | **Great Western Bank** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.4  **Timothy Greene** | **21463 Finch Road**<br>**Osakis, MN 56360** | **Newtek** | ■ D __2.14__<br>☐ E/F _____<br>☐ G _____ |
| 2.5  **Timothy Greene** | **21463 Finch Road**<br>**Osakis, MN 56360** | **TVT Capital LLC** | ■ D __2.16__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Quality Machine of Iowa, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/19**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **4/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$6,845,000.00** |
| **For prior year:**<br>From  **4/01/2020** to  **3/31/2021** | ■ Operating a business<br>☐ Other _____ | **$4,622,000.00** |
| **For year before that:**<br>From  **4/01/2019** to  **3/31/2020** | ■ Operating a business<br>☐ Other _____ | **$7,231,000.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **4/01/2020** to  **3/31/2021** | **Rental** | **$20,692.00** |
| **For prior year:**<br>From  **4/01/2020** to  **3/31/2021** | **PPP Loan Forgiveness** | **$518,025.00** |
| **For year before that:**<br>From  **4/01/2019** to  **3/31/2020** | **Rental** | **$67,773.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

| Debtor | **Quality Machine of Iowa, Inc.** | Case number *(if known)* | |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Lisa Steffes v. Quality Machine of Iowa, Inc. n/a** | **Employment/Wrongful Discharge/Pre-suit (EEOC issued right to sue letter)** | | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Dean Beaukema v. Quality Machine of Iowa, Inc.** | **Employment/Wrongful Discharge/Active** | | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Quality Machine of Iowa, Inc.** | Case number *(if known)* | |
|---|---|---|---|

■ None

<table>
<tr><td colspan="2"><strong>Part 4:</strong>   <strong>Certain Gifts and Charitable Contributions</strong></td></tr>
</table>

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

<table>
<tr><td colspan="2"><strong>Part 5:</strong>   <strong>Certain Losses</strong></td></tr>
</table>

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

<table>
<tr><td colspan="2"><strong>Part 6:</strong>   <strong>Certain Payments or Transfers</strong></td></tr>
</table>

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Foley & Mansfield**<br>**250 Marquette Avenue**<br>**Suite 1200**<br>**Minneapolis, MN 55401** | **Proposed Debtor's Counsel (Pre-Petition Retainer)** | **11/23/2021** | **$25,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Platinum Management, LLC** | **CRO and proposed Financial Advisors (Pre-Petition Retainer)** | **11/19/2021** | **$16,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Quality Machine of Iowa, Inc.**                                   Case number *(if known)* _____

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **John Hancock 401K plan** | EIN: **105015-00-2** |

   Has the plan been terminated?
   ■ No
   ☐ Yes

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

| Debtor | **Quality Machine of Iowa, Inc.** | Case number *(if known)* |
| --- | --- | --- |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |
| **R&R Machinery Movers**<br>**9000 Science Center Drive, #2**<br>**Minneapolis, MN 55428** | **Timothy Greene**<br>**Brian Bester (owner of R&R Machinery - see address)** | **CNC Turning Center (Puma 8HC) which needs repair. Debtor gets invoiced $136.50 per month storage fee.** | ☐ No<br>■ Yes |

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

  ■  No.

  ☐  Yes. Provide details below.

| Debtor | **Quality Machine of Iowa, Inc.** | Case number *(if known)* | |
|---|---|---|---|

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Jonelle Gaskell-Irlmeier** | **November 2019 - March 2020** |
| 26a.2. | **Kelli Jensen** | **March 2020 - October 2021** |
| 26a.3. | **Angela O'Grady** | **November 2021 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **John A. Knutson<br>Ethan Cummings<br>1781 Prior Avenue N.<br>Falcon Heights, MN 55113** | **Last 4-5 years** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page 6

Debtor   **Quality Machine of Iowa, Inc.**                                      Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Great Western Bank**<br>**120 So. 68th Street**<br>**West Des Moines, IA 50266** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Rod Jensen** | **2020** | |
| | **Name and address of the person who has possession of inventory records** | | |
| | **QMI** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Timothy Greene** | | **Owner/CEO** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Rod Jensen** | | **President through November 30, 2021** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Rod Jensen** | | **President** | **Through November 30, 2021** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    **Quality Machine of Iowa, Inc.**                                    Case number *(if known)*

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Deedra Greene** | **Wages - $43,698** | **YTD** | |
| | **Relationship to debtor**<br>**Immediate family** | | | |
| 30.2. | **Timothy Greene** | **Wages - $54,454** | **YTD** | |
| | **Relationship to debtor**<br>**Owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **December  3, 2021**

**/s/ Timothy Greene**                                     **Timothy Greene**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Owner and CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

LOCAL FORM 1007-1
REVISED 06/16

# United States Bankruptcy Court
## District of Minnesota

In re   **Quality Machine of Iowa, Inc.**

_____
Debtor(s)

Case No. _____

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal Services, I have agreed to accept ........................... | $ | 25,000.00 |
| Prior to the filing of this statement I have received .............. | $ | 25,000.00 |
| Balance Due ........................................................................ | $ | 0.00 |

2.   The source of the compensation paid to me was:
   ■  Debtor          ☐  Other (specify)

3.   The source of the compensation to be paid to me is:
   ■  Debtor          ☐  Other (specify)

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render legal service for all aspects of the bankruptcy case, including:

   **a.**. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   **b.**. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   **c.**. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   **d.**. Other services reasonably necessary to represent the debtor(s).

6.   Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements in the Statement of Financial Affairs to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy. I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

## CERTIFICATION

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

LOCAL FORM 1007-1
REVISED 06/16

 I certify that the foregoing, together with the written contract required by 11 U.S.C. §528(a)(1), is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Dated: **December 3, 2021**

Signature of Attorney
**/s/ Cameron A. Lallier**

**Cameron A. Lallier 393213**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## District of Minnesota

In re    **Quality Machine of Iowa, Inc.**                          Case No. _____

                              Debtor(s)            Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Owner and CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **December  3, 2021**                       Signature   **/s/ Timothy Greene**
                                                     **Timothy Greene**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Minnesota

In re    **Quality Machine of Iowa, Inc.**                                    Case No.

                                        Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Owner and CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    **December  3, 2021**                    **/s/ Timothy Greene**

                                        **Timothy Greene**/**Owner and CEO**
                                        Signer/Title

```
21ST CENTURY BANK
2335 HWY 36 W
SUITE 202
ROSEVILLE MN 55113


21ST CENTURY BANK
17 WASHINGTON AVE N
MINNEAPOLIS MN 55401


ABRASIVE INNOVATIONS
1805 RED FOX WAY
MARION IA 52302


ACE CUTTER GRINDING
114 THOMAS CIRCLE
SUITE 108
MONTICELLO MN 55362


ACE HARDWARE
215 BROADWAY
AUDUBON IA 50025


ADVANCED METAL ETCHING INC.
801 GERBER STREET
LIGONIER IN 46767


AETNA
PNC BANK, ATTN: AETNA BOX
350 E. DEVON AVENUE
ITASCA IL 60143


AGRILAND FS, INC.
HIGHWAY 71 SOUTH
BOX 252
AUDUBON IA 50025


AID ELECTRIC CORP.
1622 93RD LANE NE
BLAINE MN 55449
```

AJ INVESTMENTS
ATTN: JILL CRANE
980 WILD PRAIRIE DRIVE
IOWA CITY IA 52246


ALL PALLETS INC.
1504 VINTON STREET
OMAHA NE 68108


ALL STATE GRINDING, LLC
1512 92ND LANE NE
MINNEAPOLIS MN 55449-4333


ALL WORLD MACHINERY SUPPLY
6164 ALL WORLD WAY
ROSCOE IL 61073-7738


AMERICAN WELDING SOCIETY
8669 SW 36 ST. 130
MIAMI FL 33166-6672


ARAMARK
10705 S. 147TH ST.
OMAHA NE 68138


ATLANTIC PEST CONTROL LLC
315 WALNUT
ATLANTIC IA 50022


AVIATION TECHNICAL TESTING
500 E. TRAVELERS TRAIL
BURNSVILLE MN 55337


AVTEC FINISHING SYSTEMS, INC.
9101 SCIENCE CENTER DRIVE
MINNEAPOLIS MN 55428

BANK OF THE WEST
475 SANSOME 19TH FLOOR
SAN FRANCISCO CA 94111


BEST WESTERN PLUS - MPLS NW
2050 FREEWAY BLVD
MINNEAPOLIS MN 55430


BOHLMANN & SONS SANITATION
101 MARKET ST
AUDUBON IA 50025


BOSCH AUTOMOTIVE SVC
28635 MOUND RD
WARREN MI 48092


BOYER TRUCKS
2500 BROADWAY DRIVE
LAUDERDALE MN 55113


BRIAN'S DOORS
26004 KITTYHAWK AVE
CARROLL IA 51401


CAPITAL ONE
PO BOX 6492
CAROL STREAM IL 60197-6492


CAPITAL ONE
ATTN: GENERAL CORRESPONDENCE
PO BOX 30285
SALT LAKE CITY UT 84130-0285


CAPITAL ONE / MENARDS
PO BOX 4069
CAROL STREAM IL 60197-4069

CASS PRECISION MACHINING
4800 NORTH LILAC DRIVE
MINNEAPOLIS MN 55429


CASTLE METALS
3100 82ND LANE NE
MINNEAPOLIS MN 55449-7206


CENTERPOINT ENERGY
201 7TH STREET S.
MINNEAPOLIS MN 55402


CHARLESTON INC.
PO BOX 1030
FREMONT NE 68026-1030


CHASE FREEDOM
PO BOX 15298
WILMINGTON DE 19850-5298


CINTAS
2108 WASHINGTON AVE N
MINNEAPOLIS MN 55411


CITICARDS
PO BOX 790046
SAINT LOUIS MO 63179-0046


CITIZENS ONE
PO BOX 42033
PROVIDENCE RI 02940-2033


CITY SERVICE & PARTS
511 MARKET ST
AUDUBON IA 50025

CLINE TOOL AND SERVICE
PO BOX 866
NEWTON IA 50208


CLOUDFUND LLC
400 RELLA BLVD.
SUITE 165-101
SUFFERN NY 10901


CO-OPERATIVE PLATING CO.
271 N. SNELLING AVE.
SAINT PAUL MN 55104


CO-OPERATIVE PLATING CO..
271 N. SNELLING AVE.
SAINT PAUL MN 55104


COMPUTER CONCEPTS OF IOWA
528 N. COURT STREET
PO BOX 761
CARROLL IA 51401


CONCEPT MACHINE TOOL SALES, IN
15625 MEDINA ROAD
MINNEAPOLIS MN 55447


CORPORATION SVC CO. AS REP.
PO BOX 2576
SPRINGFIELD IL 62708


CT CORPORATION SYSTEM, AS REP.
330 N. BRAND BLVD. ATTN: SPRS
SUITE 700
GLENDALE CA 91203


CULLIGAN INDUSTRIAL WATER
6030 CULLIGAN WAY
MINNETONKA MN 55345

DAYTON MACHINE, INC.
6504 INTERNATIONAL PKWY.
SUITE 2100
PLANO TX 75093


DE LAGE
1111 OLD EAGLE SCHOOL RD STE 1
WAYNE PA 19087-1453


DECO TOOL LLC
3140 104TH LN NE
BLAINE MN 55449


DEEDRA GREEN
21463 FINCH RD
OSAKIS MN 56360


DISCOVER IT
PO BOX 30421
SALT LAKE CITY UT 84130-0421


DMACC
2006 S. ANKENY BLVD.
BLDG 1.
ANKENY IA 50023-8995


DOALL CO.
14001 CHALCO VALLEY PKWY.
OMAHA NE 68138-6191


DOHRN TRANSFER CO. LLC
625 3RD AVENUE
ROCK ISLAND IL 61201


DRILL MASTERS - ELDORADO TOOL
336 BOSTON POST ROAD
MILFORD CT 06460

E/M COATING SERVICES
2172 OLD HWY 8 NW
NEW BRIGHTON MN 55112


ECHO GLOBAL LOGISTICS
22168 NETWORK PL.
CHICAGO IL 60673-1221


ECO FINISHING CO.
5100 INDUSTRIAL BLVD.
MINNEAPOLIS MN 55421


EIDL LOAN


ENSHU USA CORP.
404 E. STATE PARKWAY
SCHAUMBURG IL 60173


EVOLVED CONSULTING LLC
429 ROBERTSON ROAD
NEW BOSTON TX 75570


FEDEX EXPRESS SERVICES
PO BOX 94515
PALATINE IL 60094-4515


FFI INVESTMENTS LLC
220 SE 6TH STREET
DES MOINES IA 50309


FIVE-LAKES FINANCIAL INC
840 N. 3RD ST. #500
MILWAUKEE WI 53202

FLAME METALS PROCESSING CORP.
12450 IRONWOOD CIRCLE
ROGERS MN 55374


FOX ENGINEERING LLC
1412 317TH AVE NE
CAMBRIDGE MN 55008


FOX VALLEY METROLOGY
30447 STACY PONDS DR.
STACY MN 55079


GENERAL FIRE & SAFETY OMAHA
5641 SOUTH 85TH CIRCLE
OMAHA NE 68127


GRAINGER
INSIDE SALES
2450 ANNAPOLIS LANE N.
PLYMOUTH MN 55441-3600


GREAT WESTERN BANK
120 SO. 68TH STREET
WEST DES MOINES IA 50266


HALES MACHINE TOOL INC.
2730 NIAGARA LANE N.
MINNEAPOLIS MN 55447


HARD CHROME, INC.
2631 SECOND STREET N.E.
MINNEAPOLIS MN 55418


HERITAGE CRYSTAL CLEAN LLC
2175 POINT BLVD.
SUITE 375
ELGIN IL 60123-9211

HILL INDUSTRIAL TOOLS
AR DEPT.
2110 RANCHVIEW LN N
PLYMOUTH MN 55447-1460


HOME DEPOT
6701 BOONE AVE N.
MINNEAPOLIS MN 55428


IA ASSN OF BUSINESS & INDUSTRY
400 E. COURT AVENUE
SUITE 100
DES MOINES IA 50309-2017


ICE TECHNOLOGIES
411 SE 9TH ST.
PELLA IA 50219


ICE TECHNOLOGIES
PO BOX 660831
DALLAS TX 75266-0831


INDUSTRIAL SYSTEMS & SUPPLY
2962 33RD AVE
COLUMBUS NE 68601-2332


INGRAM MICRO LEASE - IT!
PO BOX 660831
DALLAS TX 75266-0831


J&E PRECISION MACHINING
600 SEVENTH ST S.
DELANO MN 55328


JEM TECHNICAL MARKETING CO.
2250 DANIELS ST
LONG LAKE MN 55356

JILL SMITH
965 RYAN COURT
IOWA CITY IA 52246


JOHN  HANCOCK RETIREMENT PLAN
200 BERKELEY STREET
BOSTON MA 02116


JOHN A. KNUTSON & CO., PLLP
1781 PRIOR AVENUE
FALCON HEIGHTS MN 55113


KLC
3514 COUNTY ROAD 101
MINNETONKA MN 55345


KONECRANES INC/FIVES MACHINING
740 BETA DR., SUITE F
CLEVELAND OH 44143


LEAF CAPITAL FUNDING LLC
PO BOX 5066
HARTFORD CT 06102-5066


LNS AMERICA, INC.
4621 EAST TECH DRIVE
CINCINNATI OH 45245


LUBE-TECH
900 MENDELSSOHN AVE N.
MINNEAPOLIS MN 55427


MANUFACTURERS CAPITAL
206 SALUDO STREET
NEW SMYRNA BEACH FL 32169

MARS SUPPLY
215 EAST 78TH ST
MINNEAPOLIS MN 55420


MD TOOLING
10139 BERGIN ROAD
HOWELL MI 48843


MEDIACOM
2205 INGERSOLL
DES MOINES IA 50312-5289


MENARDS RETAIL SERVICES
7800 LAKELAND AVE N.
MINNEAPOLIS MN 55445


MERK PLUMBING LLC
1739 CRANE AVENUE
AUDUBON IA 50025


MIDWAY STEEL SUPPLY CO.
14255 JAMES RD.
ROGERS MN 55374


MIDWEST PRECISION MFG.
PO BOX 14
FREDONIA WI 53021


MIKE HARFF
6504 INTERNATIONAL PKWY.
SUITE 2100
PLANO TX 75093


MINNESOTA WATERJET, INC.
22451 INDUSTRIAL BLVD.
ROGERS MN 55374

MITUTOYO AMERICA CORP.
958 CORPORATE BLVD.
AURORA IL 60504


MMIT BUSINESS SOLUTIONS GROUPS
4201 NW URBANDALE DR
URBANDALE IA 50322-7916


MOTION INDUSTRIES, INC.
1325 SE ORDNANCE ROAD
SUITE A
ANKENY IA 50023


MSC INDUSTRIAL SUPPLY CO.
PO BOX 953635
SAINT LOUIS MO 63195-3635


MTS INC.
2800 OLIVE ST
ATLANTIC IA 50022


NAPA AUTO PARTS
1871 HWY 71 N., PO BOX 226
AUDUBON IA 50025


NDI CONSULTANTS, INC.
14608 FELTON CT
SUITE 101
APPLE VALLEY MN 55124


NELSEN STEEL CO.
9400 W. BELMONT AVENUE
FRANKLIN PARK IL 60131-2898


NEWTEK
1981 MARCUS AVENUE
SUITE 130
LAKE SUCCESS NY 11042

NICO
2929 1ST AVE S.
MINNEAPOLIS MN 55408


NORTH CENTRAL STAMPING & MFG.
1581 93RD LN NE
MINNEAPOLIS MN 55449


NORTHERN TOOL & EQUIPMENT
2800 SOUTHCROSS DR. W.
BURNSVILLE MN 55306


PACIFIC TOOL & GAUGE
625 ANTELOPE ROAD
WHITE CITY OR 97503


PARKER HANNIFIN CORP.
77 DRAGON COURT
CHOMERICS DIVISION
WOBURN MA 01888


PETERSON, ENGBERG & PETERSON
25 NINTH AVE N.
HOPKINS MN 55343-7666


PINNACLE - PHX LLC
C/O ERIC SHELDAHL
1191 W. MARINA DRIVE
CHANDLER AZ 85248


PLATINUM GROUP
12301 WHITEWATER DRIVE
SUITE 10
HOPKINS MN 55343


PRESTIGE PRODUCTS
1403 W. BROADWAY
MINNEAPOLIS MN 55411

PRODUCTIVITY, INC.
15150 25TH AVENUE N.
MINNEAPOLIS MN 55447


QUILL CORPORATION
PO BOX 94081
PALATINE IL 60094-4081


R&R MACHINERY MOVERS
9000 SCIENCE CENTER DRIVE, #2
MINNEAPOLIS MN 55428


RADWELL INTERNATIONAL
111 MOUNT HOLLY BYPASS
LUMBERTON NJ 08048


ROBINSON RUHNKE, PC
903 E. US HIGHWAY 30
PO BOX 908
CARROLL IA 51401


SHRED-IT USA
8400 89TH AVENUE N
SUITE 430
MINNEAPOLIS MN 55445


SOULO COMMUNICATIONS
1155 114TH LANE NW
MINNEAPOLIS MN 55448


SOUTHSIDE WELDING
PO BOX 147
1020 3RD AVENUE
AUDUBON IA 50025-0147


STAR CNC MACHINE TOOL CORP.
123 POWERHOUSE ROAD
ROSLYN HEIGHTS NY 11577

SUNNEN PRODUCTS CO.
7910 MANCHESTER AVENUE
SAINT LOUIS MO 63143


TECH FINANCIAL SERVICES
1625 W. FOUNTAINHEAD PKWY.
TEMPE AZ 85282


TECHNICAL PLATING, INC.
8760 XYLON AVE N.
BROOKLYN PARK MN 55445


TGK AUTOMOTIVE OF CRYSTAL INC.
5337 EDGEWOOD AVE N.
MINNEAPOLIS MN 55428


THE CALIBRATION SOLUTION
9865 N. ALPINE ROAD
MACHESNEY PARK IL 61115


THE CLIFFORD I. ANDERSON TRUST
5300 KELSEY TERRACE
MINNEAPOLIS MN 55436


THREAD CHECK, INC.
900 MARCONI AVENUE
RONKONKOMA NY 11779


TIMOTHY GREENE
21463 FINCH ROAD
OSAKIS MN 56360


TOLL GAS & WELDING SUPPLY
7609 N. 73RD AVENUE
BROOKLYN PARK MN 55429

TRI-V TOOLING & MFG. CO.
13434 CENTECH RD.
OMAHA NE 68138-3493


TRUSTY COOK, INC.
10530 E. 59TH ST.
INDIANAPOLIS IN 46236


TVT CAPITAL LLC
881 BAXTER DRIVE
SOUTH JORDAN UT 84095


TWIN CITY STAFFING LLC
107 CEDAR ST
SUITE 3
MONTICELLO MN 55362


ULINE
985 ALDIN DR.
EAGAN MN 55121


UNIPOINT SOFTWARE
342 JELLEY AVENUE
NEWMARKET ON


UNIPRINT, INC.
22837 VENTURA BLVD.
SUITE 203
WOODLAND HILLS CA 91364


UNITED PARCEL SERVICE
PO BOX 505820
THE LAKES NV 88905-5820


UNITED STANDARDS LAB, INC.
4250 NICOLLET AVENUE S.
MINNEAPOLIS MN 55409

US SMALL BUSINESS ADMINISTRATI
10737 GATEWAY W., #300
EL PASO TX 79935


US SMALL BUSINESS ADMINISTRATI
1545 HAWKINS BLVD., SUITE 202
EL PASO TX 79925


VERIZON WIRELESS
PO BOX 25505
LEHIGH VALLEY PA 18002-5505


VISION COATINGS
1679 RADISSON ROAD NE
BLAINE MN 55449


WODA COOPER DEVELOPMENT, INC.
500 SOUTH FRONT STREET, 10TH F
COLUMBUS OH 43215

# United States Bankruptcy Court
## District of Minnesota

In re   **Quality Machine of Iowa, Inc.**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Quality Machine of Iowa, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December  3, 2021**

Date

**/s/ Cameron A. Lallier**

**Cameron A. Lallier 393213**

Signature of Attorney or Litigant

Counsel for   **Quality Machine of Iowa, Inc.**

**Foley & Mansfield PLLP**

**250 Marquette Avenue, Suite 1200**
**Minneapolis, MN 55401**
**612-338-8788 Fax:612-338-8690**
**jlavaque@foleymansfield.com**