LOCAL FORM 2002-5

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re: Quality Machine of Iowa, Inc.

Case No. 21-42169

Debtor(s).

## NOTICE OF WITHDRAWAL

To: The Clerk of Court and all entities listed in Local Rule 9013-3 .

1.    The undersigned filed a request for notice or notice of appearance under Bankruptcy Rule 2002(i) or 9010(b) on December 30, 2021 .

2.    You are hereby notified that such request for notice or notice of appearance is withdrawn. The Bank of the West's claim has been fully satisfied and resolved, and the Bank of the West no longer has an interest in this matter.

Dated: July 5, 2022

Signed: /s/ Ryan D. Fullerton

Attorney for: Bank of the West

Name: Ryan D. Fullerton

Address: 110 North Mill Street

Fergus Falls, MN  56537

Phone:   218-736-5493

License: MN No. 0398363
of Attorney for party that filed request for notice or notice of appearance.